UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DSI DISTRIBUTING, INC., d/b/a DSI SYSTEMS, INC., a Corporation, | ) | |
| Plaintiff, | ) | Case No. 4:06-CV-01547 RWS |
| vs. | ) | |
| MARK H. WINCHESTER, | ) | |
| Defendant. | ) | |

**CONSENT JUDGMENT, INJUNCTION AND ORDER**

Plaintiff DSI Distributing, Inc., d/b/a DSI Systems, Inc. ("DSI"), by and through its undersigned attorneys, and Defendant Mark H. Winchester ("Winchester"), by and through his undersigned attorneys, have agreed to the Court entering a Consent Judgment, Injunction and Order ("Consent Judgment" or "Injunction"), to resolve all Counts against Defendant Winchester. Consequently, the Court enters the following Judgment:

1. **IT IS HEREBY ORDERED** that, except as expressly provided herein, Defendant Mark H. Winchester be and is hereby enjoined until October 31, 2007, from directly or indirectly contacting, soliciting, or doing business with his former DSI customers named on the list attached to the Temporary Restraining Order entered on November 3, 2006, which list is attached hereto and incorporated herein as Exhibit 1. However, Winchester may sell Direct TV receivers, and only Direct TV receivers, to those fourteen (14) dealers listed on Exhibit 2, which is attached hereto and incorporated herein, which dealers have been assigned by Direct TV to Perfect 10.

In consideration of the waiver by DSI of any claim herein for monetary damages arising out of the alleged violation by Winchester of the non-compete provisions of his Employment Agreement prior to the entry of this Consent Judgment, as well as DSI's permission to Winchester to sell only Direct TV receivers to the 14 Perfect 10 Direct TV dealers listed on Exhibit 2 hereto during the period of this Injunction, and without limiting any other remedies available to DSI for violation of this Consent Judgment, Winchester hereby further consents and **IT IS THEREFORE FURTHER ORDERED** that in the event a determination is made by this Court that Mark H. Winchester has violated the terms of this Injunction in any way at any time from the date of this Injunction until October 31, 2007, then, the term of this Injunction shall be extended for a period of an additional six (6) months until April 30, 2008. In addition, DSI may seek contempt sanctions from this Court to enforce the Injunction.

2. **IT IS FURTHER ORDERED** that Defendant Mark H. Winchester shall return all DSI documents which are in Winchester's control to DSI and shall not use said documents for the benefit of or transfer said documents to any other person.

3. **IT IS FURTHER ORDERED** that Defendant Mark H. Winchester be and is hereby permanently enjoined from divulging or using any of DSI's Confidential Information, including its customer lists, pricing schedules, business strategy, contracts, documents and files, computer programs and passwords acquired by virtue of his employment with DSI.

4. **IT IS HEREBY FURTHER ORDERED** that Plaintiff be and is hereby discharged on the cash bond deposited into the registry of this Court by Plaintiff's attorney in the form of Plaintiff's official check payable to the Clerk of this Circuit Court, in the amount of Three Thousand Dollars ($3,000.00) on November 3, 2006, and that said funds, namely Three

Thousand Dollars ($3,000.00) are to be refunded by the Clerk of the Court to Plaintiff DSI Distributing, Inc. or to its attorneys, Blumenfeld, Kaplan & Sandweiss, P.C., on behalf of Plaintiff.

The Judgment and Injunctions (Orders) entered above are and shall be binding upon the parties to this action, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the Orders.

5. **IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment be and is hereby entered in favor of Plaintiff DSI Distributing, Inc., d/b/a DSI Systems, Inc., and against Defendant Mark H. Winchester in the amount of One Thousand Five Hundred Dollars ($1,500.00) as and for attorneys' fees and litigation expenses. It is hereby further the Judgment of this Court that each party shall bear its or his own costs.

**JUDGMENT ENTERED** as set forth above this 20th day of November, 2006.

**SO ORDERED:**

RODNEY W. SIPPEL
United States District Court Judge
Eastern District of Missouri

**AGREED AND ACKNOWLEDGED:**

DSI DISTRIBUTING, INC., d/b/a
DSI SYSTEMS, INC.

By: CEO

Mark H. Winchester

621035.doc

FROM : MARK H WINCHESTER FAX NO. :636 797 4442 Nov. 17 2003 03:26PM P1

**APPROVED AS TO FORM:**

BLUMENFELD, KAPLAN & SANDWEISS, P.C.

By [signature]
Alan G. Gerson, USDC# 3203
Nicole S. Zellweger, USDC# 507020
168 N. Meramec, Suite 400
St. Louis, Missouri 63105-3763
(314) 863-0800/Fax (314) 863-9388

*ATTORNEYS FOR DSI DISTRIBUTING, INC., d/b/a/ DSI SYSTEMS, INC.*

KOHN, SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP

By [signature: Jennifer Forsythe]
David Castleman, USDC# 68020
Jennifer Forsythe, USDC# 77607
One US Bank Plaza, Suite 2410
St. Louis, Missouri 63101
(314) 241-3963/(314) 241-2509 (Fax)

*ATTORNEYS FOR DEFENDANT MARK H. WINCHESTER*

MARK WINCHESTER FAVORITE [illegible] ACCOUNTS

| SALES | Customer # | Customer Name | Address 1 | City | State | Zip | Phone 1 |
|---|---|---|---|---|---|---|---|
| Mwinchester | 320066 | 7 CEDARS ENTERPRISES | 18426 HWY 19 | STEELVILLE | MO | 65565 | (573) 743-6158 |
| Mwinchester | 321022 | A-1 SATELLITE OF CAHOKIA | 305 COOPER DR. | CAHOKIA | IL | 62206 | (618) 337-7674 |
| Mwinchester | 320089 | ADVANCED CABLE ALTERNATIVES | 10307 REMINGTON | CARLINVILLE | IL | 62626 | (217) 854-6700 |
| Mwinchester | 2004086 | ADVANCED DIGITAL | | | | | |
| Mwinchester | 321047 | ADVANCED TV | 5411-D GODFREY | GODFREY | IL | 62035 | (618) 466-0933 |
| Mwinchester | 322307 | AIR LINK COMMUNICATION | 60 MERAMEC VALLEY PLAZA | VALLEY PARK | MO | 63088 | (636) 225-2828 Ext. 0000 |
| Mwinchester | 318662 | ALL SAT | | | | | |
| Mwinchester | 321638 | AMERICAN BURGLARY & FIRE | | | | | |
| Mwinchester | 321025 | AMERICAN SUPERSTORES | | | | | |
| Mwinchester | 2002004 | ARMADILLON AUDIO, INC (320) | 4901 BROADWAY | QUINCY | IL | 62305 | (217) 222-9668 Ext. 0000 |
| Mwinchester | 321418 | AUDIO VIDEO CONCEPTS INC. | 204 S. MAIN STREET | COLUMBIA | IL | 62236 | (618) 281-4164 Ext. 0000 |
| Mwinchester | 321048 | B & B SATELLITE & VIDEO | 501 LEMAY FERRY RD. | ST. LOUIS | MO | 63125 | (314) 631-7711 |
| Mwinchester | 321000 | BARRY'S TV | P.O. BOX 561 | VAN BUREN | MO | 63965 | (573) 323-8465 |
| Mwinchester | 321793 | CABLE DIRECT TV (320) | | | | | |
| Mwinchester | 322629 | CELLULAR SAT. WESTERN AUTO | 1000 BUS. HWY 61 SOUTH | BOWLING GREEN | MO | 63334 | (573) 324-3722 |
| Mwinchester | 322436 | COMPLETE COMMUNICATION | 2601 NORTH ILLINOIS | SWANSEA | IL | 62226 | (618) 236-0646 |
| Mwinchester | 2002005 | COMPUTING MADE EASY (320) | 225 BUCHANAN | CARTHAGE | IL | 62321 | (217) 357-3731 Ext. 0000 |
| Mwinchester | 2002262 | CONRAD'S SATELLITE SALES (320) | 113 A POPLAR DRIVE | JACKSON | MO | 63755 | (573) 243-2476 Ext. 0000 |
| Mwinchester | 2001510 | COUNTRY TECHS (320) | 16100 OAK GROVE SCHOOL ROAD | STURGEON | MO | 65284 | (573) 443-4668 Ext. 0000 |
| Mwinchester | 320082 | CREDIT FINANCIAL GROUP INC. | 141 CHESTERFIELD BUSINESS PKWA | CHESTERFIELD | MO | 63005 | (636) 536-5344 |
| Mwinchester | 322770 | CRESS ELECTRONICS | 126 N. 8TH STREET | QUINCY | IL | 62301 | (217) 223-3474 Ext. 0000 |
| Mwinchester | 320047 | CRYSTAL ELECTRONICS | 410 N. MAIN | DESOTO | MO | 63020 | (636) 337-0062 |
| Mwinchester | 2001915 | CUSTOMER CHOICE LLC (320) | 12444 POWERSCOURT DRIVE | ST. LOUIS | MO | 63131 | (314) 821-6665 Ext. 0000 |
| Mwinchester | 321679 | DENNY'S SATELLITE PLUS | S. 208 CENTRAL | ROXANNA | IL | 62084 | (618) 254-3474 |
| Mwinchester | 2003209 | DIGICOM COMPUTER CTR. (320) | 2002 W. 14TH STREET | SEDALIA | MO | 65301 | (660) 829-3300 Ext. 0000 |
| Mwinchester | 2000095 | DIGITAL DISH (320) | 651 TRACKER ROAD | NIXA | MO | 65714 | (417) 725-8400 Ext. 0000 |
| Mwinchester | 2002281 | DIGITAL NETWORK SYSTEMS LLC (320) | 2412 MASTERS DRIVE | CAPE GIRARDEAU | MO | 63701 | (573) 335-0747 Ext. 0000 |
| Mwinchester | 320110 | DISH ON DEMAND INC. | 615 DANNY LANE | O'FALLON | MO | 63366 | (636) 397-6758 Ext. 0000 |
| Mwinchester | 2001182 | D-STAR COMMUNICATIONS, LLC (320) | 193 E. JACKSON | VIRDEN | IL | 62690 | (217) 757-7181 Ext. 0000 |
| Mwinchester | 2007659 | EHS TECHNOLOGY SOLUTIONS | | | | | |
| Mwinchester | 320112 | ELECTRONIC EXPERTS | | | | | |
| Mwinchester | 322893 | ENGINEERED HOME SYSTEM | 17813 EDISON AVE STE 103 | CHESTERFIELD | MO | 63005-128 | (636) 728-0620 |
| Mwinchester | 321094 | ENNIS SATELLITE | 365 SOUTH MAIN | ST. CLAIR | MO | 63077 | (636) 629-4670 |
| Mwinchester | 2006744 | EZ CARE SYSTEMS, INC (320) | | | | | |
| Mwinchester | 321153 | ENTERTAINER | 3720 W. TRUMAN | JEFFERSON CITY | MO | 65109 | (573) 893-5006 |
| Mwinchester | 321758 | FERGUSON TV | 105 NORTH MAIN | CASEYVILLE | IL | 62232 | (618) 345-0077 |
| Mwinchester | 321089 | FRANK'S SATELLITE | P.O. BOX 270565 | ST. LOUIS | MO | 63128 | (314) 849-0621 Ext. 0000 |
| Mwinchester | 2001113 | FREY COMMUNICATIONS INC (320) | 372 FESTUS CENTRE DRIVE | FESTUS | MO | 63028 | (636) 931-4411 Ext. 0000 |
| Mwinchester | 321456 | FUTURE HOME COMMUNICATION | 1069 HUNTINGTON DRIVE | TROY | MO | 63379 | (636) 462-1503 |
| Mwinchester | 320073 | GEP ENTERPRISE LLC | 206 HWY 50 | ROSEBUD | MO | 63091 | (573) 764-2369 |
| Mwinchester | 2001967 | GOLD STAR SECURITY & MORE (320) | 5151 HIGHWAY 54 | OSAGE BEACH | MO | 65065 | (573) 302-4847 Ext. 0000 |
| Mwinchester | 322905 | HEARTLAND SATELLITE | | | | | |
| Mwinchester | 322462 | HEIL SOUND | 5800 NORTH ILLINOIS | FAIRVIEW HGTS. | IL | 62208 | (618) 257-3000 |
| Mwinchester | 2001504 | HELLBORNDISH (320) | 914 SOUTH ST. LOUIS | SPARTA | IL | 62286 | (618) 443-5800 Ext. 0000 |
| Mwinchester | 2001514 | HENSCO TECHNOLOGIES INC. (320) | 551 E. KARSCH BLVD. | FARMINGTON | MO | 63640 | (573) 756-9065 Ext. 0000 |
| Mwinchester | 320143 | HOMESTEAD DISTRIBUTING CO. | 120 SOUTH MAIN | SIKESTON | MO | 63801 | (573) 471-4699 |
| Mwinchester | 2001629 | HULL & ASSOCIATES | 1613 SUGAR HOLLOW ROAD | JACKSONVILLE | IL | 62650 | (217) 245-4971 Ext. 0000 |

EXHIBIT 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mwinchester | 2000685 | JK INSTALLS (320) | 506 W. SOUTH AVE | GREENVILLE | IL | 62246 | (618) 664-4564 Ext. 0000 |
| Mwinchester | 322960 | JOE'S SATELLITE SALES & SERVIC | 9 MAPLE CT | FREDERICKTOWN | MO | 63645 | (573) 783-6412 Ext. 0000 |
| Mwinchester | 320065 | JOHNSON CONSULTING CO | 121 ROBIN HILL | STEELVILLE | MO | 65565 | (573) 775-5208 |
| Mwinchester | 322658 | KAISER ELECTRONICS INC. | 316 S DETROIT | MORTON | IL | 61550 | (309) 266-7117 |
| Mwinchester | 2000646 | KWICKNET LLC (320) | 138 SYMINGTON PLACE | HOLLISTER | MO | 65672 | (417) 335-3473 Ext. 0000 |
| Mwinchester | 324618 | LEAVIN.COM | 341 SOUTH BENTON | EDWARDSVILLE | IL | 62025 | (618) 410-3211 Ext. 0000 |
| Mwinchester | 323020 | MID-AMERICA SATELLITE | 5047 BARTOLDS | ST. LOUIS | MO | 63143 | (314) 781-4900 |
| Mwinchester | 322947 | MID-AMERICA WIRELESS | | | | | |
| Mwinchester | 320008 | MIDWEST COMMUNICATIONS | 110 S. 11TH STREET | QUINCY | IL | 62301 | (217) 223-5550 |
| Mwinchester | 2006245 | MOBILE GATEWAY OF ROLLA (320) | | | | | |
| Mwinchester | 322976 | NATION LINK WIRELESS | 1857 CHARLESTON IND. | ST. CHARLES | MO | 63303 | (636) 916-1010 Ext. 0000 |
| Mwinchester | 322007 | NETWORK COMMUNICATIONS | 1526 LAMBRA | CAPE GIRARDEAU | MO | 63701 | (573) 334-3400 |
| Mwinchester | 320111 | ORBITAL DATA NET INC. | | | | | |
| Mwinchester | 2006535 | PREVESIS (320) | | | | | |
| Mwinchester | 321027 | PRO COM | P.O. BOX 112 | WRIGHT CITY | MO | 63390 | (314) 745-6181 |
| Mwinchester | 2002007 | QC SATELLITE (320) | 406 E. PEARL STREET | JERSEYVILLE | IL | 62052 | (618) 498-6865 Ext. 0000 |
| Mwinchester | 321060 | RJM | 107 SMITH DRIVE | DONIPHAN | MO | 63935 | (573) 996-0149 |
| Mwinchester | 321137 | RK TV & ELECTRONICS KEI | 1402 W. 5TH STREET | WASHINGTON | MO | 63090 | (636) 239-3303 Ext. 0000 |
| Mwinchester | 323071 | S & V JOHNSON ELECTRONICS | | | | | |
| Mwinchester | 322124 | SALEM REFRIGERATORS KEY | 1104 S. MAIN STREET | SALEM | MO | 65560 | (573) 729-6922 |
| Mwinchester | 321118 | SAT AND MORE | 1819 EAST DEYOUNG | MARION | IL | 62959 | (618) 997-6382 Ext. 0000 |
| Mwinchester | 322969 | SAT SPORT CONNECTION INC | 1217 CEDAR CREEK RD. | CHESTERFIELD | MO | 63017 | (636) 728-1667 Ext. 0000 |
| Mwinchester | 321286 | SAT SYS & SERVICES | 226 CENTREVILLE AVE | BELLEVILLE | IL | 62220 | (618) 277-5611 |
| Mwinchester | 321966 | SCREENING ROOM | 10811 CLAYTON ROAD | ST.LOUIS | MO | 63131 | (314) 991-5999 |
| Mwinchester | 2001573 | SECURITEL LLC (320) | 106 GRAFTON | O'FALLON | MO | 63366 | (636) 240-2577 Ext. 0000 |
| Mwinchester | 322265 | SI FI SATELLITE | 150 HEATERLAND DRIVE | BETHALTO | IL | 62010 | (618) 377-6276 |
| Mwinchester | 2006175 | SKY CORP. SOLUTIONS | | | | | |
| Mwinchester | 321546 | SOUND SOLUTIONS | 1408 NORTH JEFFERSON | MEXICO | MO | 65265 | (573) 581-2900 Ext. 0000 |
| Mwinchester | 320136 | SOUNDS ALIVE MUSIC SYSTEMS | 610 CALL COURT | NEW BADEN | IL | 62265 | (618) 588-3474 Ext. 0000 |
| Mwinchester | 322764 | STAR SATELLITE LLC | 1886 BACH | KIRKWOOD | MO | 63122 | (314) 874-1100 |
| Mwinchester | 320114 | SUNRISE COMMUNICATIONS INC. | 1374 E. REPUBLIC ROAD | SPRINGFIELD | MO | 65801 | (417) 889-8382 |
| Mwinchester | 322961 | THE SATELLITE STORE | 5526 HIGHWAY 61-67 | IMPERIAL | MO | 63065 | (636) 461-2183 |
| Mwinchester | 321133 | THE SOUND ROOM | 1661 CLARKSON ROAD | CHESTERFIELD | MO | 63017 | (636) 537-0404 Ext. 0000 |
| Mwinchester | 2006151 | TK ELECTRONICS LLC (320) | | | | | |
| Mwinchester | 2002436 | TUCKER SATELLITE SERVICES (320) | 13145 HWY E | ELDRIDGE | MO | 65463 | (417) 426-5841 Ext. 0000 |
| Mwinchester | 320146 | WILMES ELECTRONICS | 617 AUREA AVE | WENTZVILLE | MO | 63385 | (636) 332-6497 |
| Mwinchester | 2007658 | WISPER ISP INC. (320) | | | | | |
| Mwinchester | 2006308 | WORD.NET COMMUNICATIONS | | | | | |
| Mwinchester | 320075 | WORLD WIDE WIRELESS INC. | 412 WILLOW CREEK DIRVE | FARMINGTON | MO | 63640 | (573) 756-6767 |
| Mwinchester | 2001020 | ZIGGY'S SATELLITE (320) | 2601-B RANGE LINE STREET | COLUMBIA | MO | 65202 | (573) 443-4578 Ext. 0000 |

| MARK WINCHESTER FAVORITE 45 ACCOUNTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| SALES | Customer # | Customer Name | Address 1 | City | State | Zip | Phone 1 |
| Mwinchester | 2004086 | ADVANCED DIGITAL | | | | | |
| Mwinchester | 322357 | AIRLINK COMMUNICATION | 80 MERAMEC VALLEY PLAZA | VALLEY PARK | MO | 63088 | (636) 225-2828 Ext. 0000 |
| Mwinchester | 321000 | BARRY'S TV | P.O. BOX 861 | VAN BUREN | MO | 63965 | (573) 323-8455 |
| Mwinchester | 322629 | CELLULAR SAT. WESTERN AUTO | 1000 BUS. HWY 61 SOUTH | BOWLING GREEN | MO | 63334 | (573) 324-3722 |
| Mwinchester | 2003209 | DIGICOM COMPUTER CTR. (320) | 2002 W. 14TH STREET | SEDALIA | MO | 65301 | (660) 829-3300 Ext. 0000 |
| Mwinchester | 2002006 | DIGITAL DISH (320) | 551 TRACKER ROAD | NIXA | MO | 65714 | (417) 725-5400 Ext. 0000 |
| Mwinchester | 2001152 | D-STAR COMMUNICATIONS, LLC (320) | 183 E. JACKSON | VIRDEN | IL | 62690 | (217) 787-7181 Ext. 0000 |
| Mwinchester | 2006744 | EZ CARE SYSTEMS, INC. (320) | | | | | |
| Mwinchester | 321153 | ENTERTAINER | 3720 W. TRUMAN | JEFFERSON CITY | MO | 65109 | (573) 893-5006 |
| Mwinchester | 2001113 | FREY COMMUNICATIONS INC (320) | 372 FESTUS CENTRE DRIVE | FESTUS | MO | 63028 | (636) 931-4411 Ext. 0000 |
| Mwinchester | 2001967 | GOLD STAR SECURITY & MORE (320) | 5151 HIGHWAY 54 | OSAGE BEACH | MO | 65065 | (573) 302-4847 Ext. 0000 |
| Mwinchester | 322669 | SAT SPORT CONNECTION INC | 1217 CEDAR CREEK RD. | CHESTERFIELD | MO | 63017 | (636) 728-1687 Ext. 0000 |
| Mwinchester | 2006151 | TK ELECTRONICS LLC (320) | | | | | |
| Mwinchester | 320145 | WILMES ELECTRONICS | 617 AUREA AVE | WENTZVILLE | MO | 63385 | (636) 332-6497 |

# EXHIBIT 2

# DSI CUSTOMERS TO WHOM MARK H. WINCHESTER MAY SELL ONLY DIRECT TV RECEIVERS